UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

February 10, 2023

Mr. Jeffrey P. Colwell  
United States District Court for the District of Colorado  
Office of the Clerk  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, CO 80294-3589

**RE:** 21-1359, Sagome v. Cincinnati Insurance Company  
Dist/Ag docket: 1:21-CV-00097-WJM-GPG

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's January 3, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc: Wystan M. Ackerman
Michael Paul Baniak
Alan I. Becker
Conor P. Boyle
Laura Foggan
Timothy M. Garvey
Bradley A. Levin
Daniel G. Litchfield
Susan S. Minamizono

CMW/na